## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECURE CAM, LLC, a Wyoming<br>limited liability company, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | Case No. 1:18-cv-01718-RGA |
| v. | §<br>§ | |
| MOBOTIX, CORP., a New York<br>corporation, | §<br>§<br>§ | |
| Defendant. | §<br>§ | |

## NOTICE OF SETTLEMENT AND REQUEST FOR STIPULATED STAY

The parties hereby give notice that all matters in controversy in the action have been resolved in principle, subject to final documentation. Therefore, the parties respectfully request a stay of all deadlines until March 29, 2019.

Dated: February 26, 2019          Respectfully submitted,

*/s/ George Pazuniak*             */s/ Francis DiGiovanni*
George Pazuniak (#478)         Francis DiGiovanni (#3189)
O'KELLY ERNST & JOYCE, LLC    Thatcher A. Rahmeier (#5222)
901 North Market Street          DRINKER BIDDLE & REATH LLP
Wilmington, DE 19801           222 Delaware Avenue, Suite 1401
Telephone: (302) 478-4230      Wilmington, DE 19801
GP@del-iplaw.com             (302) 467-4200
                            francis.digiovanni@dbr.com
                            thatcher.rahmeier@dbr.com

***Attorneys for Plaintiff Secure Cam, LLC***

***Attorneys for Defendant Mobotix Corp.***

SO ORDERED this ___ day of February, 2019:

_____
United States District Judge