UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE CAM, LLC, a Wyoming limited liability company, § § § | |
| § Plaintiff, § | Case No. 1:18-cv-01718-RGA |
| v. § § | |
| MOBOTIX, CORP., a New York corporation, § § § | |
| § Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL

Secure Cam, LLC voluntarily agrees to dismiss its complaint against Mobotix Corporation with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with all attorneys' fees and costs to be borne by the party that incurred them.

Dated: March 6, 2019

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'Kelly Ernst & Joyce, LLC
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
Email: GP@del-iplaw.com

*Attorneys for Plaintiff Secure Cam, LLC*